UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| BACKOFF, LLC, ET AL. | CASE NO. 2:18-CV-00494 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| SAMCO OIL TOOLS, INC. | MAGISTRATE JUDGE KAY |

## JUDGMENT

This matter was referred to United States Magistrate Judge Kathleen Kay for report and recommendation. After a de novo review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation [Doc. No. 27] is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 11], filed by Defendant Samco Oil Tools, Inc. is hereby **GRANTED**, and this suit for declaratory relief brought by Backoff, LLC and NuTec, Inc. is hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction, consistent with the report and recommendation.

THUS DONE in Chambers on this 26th day of November, 2018.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE